IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XCERRA CORPORATION, ROGER W. BLETHEN, DAVID G. TACELLI, MARK S. AIN, ROGER J. MAGGS, JORGE TITINGER, BRUCE R. WRIGHT, HUBEI XINYAN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP, UNIC CAPITAL MANAGEMENT CO., LTD., CHINA INTEGRATED CIRCUIT INDUSTRY INVESTMENT FUND CO., LTD., and UNIC ACQUISITION CORPORATION,<br><br>Defendants. | Civil Action No. 1:17-cv-11583-GAO<br><br>The Honorable George A. O'Toole Jr. |

## STIPULATION AND ORDER CONCERNING PLAINTIFFS' VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and the stipulations of all parties who have appeared in the above case, **IT IS HEREBY ORDERED**:

1. The above action is voluntarily DISMISSED WITH PREJUDICE as to the above named plaintiff only and DISMISSED WITHOUT PREJUDICE as to any members of the putative class.

2. This Court retains continuing jurisdiction for purposes of entertaining a mootness fee application in connection with plaintiff's claim for fees and expenses, if such an application becomes necessary.

SO ORDERED

/s/ George A. O'Toole, Jr.   11/13/2017
HON. George A. O'Toole Jr.

Dated: November 1, 2017

**OF COUNSEL:**
**RIGRODSKY & LONG, P.A.**
Brian D. Long
2 Righter Parkway, Suite 120
Wilmington, DE
(302) 295-5310

**MATORIN LAW OFFICE, LLC**

By: */s/ Mitchell J. Matorin*
Mitchell J. Matorin (BBO# 649304)
18 Grove Street, Suite 5
Wellesley, MA 02842
(781) 453-1000
mmatorin@matorinlaw.com

*Attorneys for Plaintiff*

**WILMER CUTLER PICKERING HALE AND DORR**

By: */s/ Daniel W. Halston*
Daniel W. Halston (BBO# 548692)
60 State Street
Boston, Ma 02109
(617) 526 6654

*Attorneys for Defendants*